UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ARLANDUS M. NOLEN #273394,

       Petitioner,                              Case No. 2:04-cv-289

v.                                                 Honorable R. Allan Edgar

MICHIGAN DEPARTMENT
OF CORRECTIONS,

       Respondent.
_____/

**<u>OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 22, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from the Petitioner. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

       In his objections to the report and recommendation, Petitioner reasserts the claims set forth in his application for habeas corpus relief. As noted in the report and recommendation, Petitioner's claims for habeas corpus relief lack merit. Therefore, Petitioner is not entitled to habeas corpus relief.

       THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #49) is approved and adopted as the opinion of the court.

Dated:    8/28/07                                                    */s/ R. Allan Edgar*
                                                                            R. ALLAN EDGAR
                                                                            UNITED STATES DISTRICT JUDGE